

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-16-00760-CV

Yolanda **RAMOS**,
Appellant

v.

Anthony **NICOSIA**,
Appellee

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-03447
Honorable Charles E. Montemayor, Associate Judge Presiding

PER CURIAM

Sitting:      Sandee Bryan Marion, Chief Justice
               Luz Elena D. Chapa, Justice
               Irene Rios, Justice

Delivered and Filed:  February 1, 2017

DISMISSED

A filing fee of $205.00 was due when Yolanda Ramos filed this appeal, but it was not paid. *See* TEX. R. APP. 5; TEXAS SUPREME COURT ORDER REGARDING FEES CHARGED IN CIVIL CASES IN THE SUPREME COURT AND THE COURTS OF APPEALS AND BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION (Misc. Docket No. 159158, Aug. 28, 2015). The clerk of the court notified Ramos of this deficiency by letter, but the fee remained unpaid. In addition, the trial court clerk filed a notification of late record, stating the record would not be filed because Ramos has

not paid or made arrangements to pay the clerk's fee to prepare the record and Ramos is not entitled to the record without paying the fee.

On January 13, 2017, we therefore ordered that Ramos must, by January 19, 2017, either (1) pay the appellate filing fee and show that arrangements had been made to pay the trial court clerk's fee or (2) provide written proof to this court that she is indigent or otherwise excused by statute or the Texas Rules of Appellate Procedure from paying the fee. *See* TEX. R. APP. P. 5; 20.1. The court advised Ramos that if she failed to respond satisfactorily within the time ordered, the appeal would be dismissed. *See* TEX. R. APP. P. 42.3.

Ramos has not paid the filing fee or the trial court clerk's fee or otherwise responded to our January 13, 2017 order. We therefore dismiss this appeal.

PER CURIAM